**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1404**

———————

VERONICA BUNCH,

                                      Plaintiff - Appellant,

        versus

LOUIS CALDERA, Secretary, United States De-
partment of the Army, Military Traffic Manage-
ment Command,

                                      Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-00-1142-A)

———————

Submitted:  June 21, 2001          Decided:  June 28, 2001

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Veronica Bunch, Appellant Pro Se.  Edward John Martin, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Veronica Bunch appeals the district court's order granting Defendant's motion to dismiss in part and motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bunch v. Caldera, No. CA-00-1142-A (E.D. Va. Jan. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED